UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HEATHER TSATAROS,

    Plaintiff,

v.                                          Case No. 3:20-cv-636-BJD-JBT

ELI LILLY AND COMPANY, a
Foreign Profit Corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Voluntary Dismissal (Doc. No. 24; Stipulation) filed on July 22, 2021. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 23rd day of July, 2021.

*[signature]*

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record